United States District Court
Southern District of Texas
**ENTERED**
November 16, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. 7:18-MJ-02354-01 |
| MIGEL ANJEL PALACIO | | |

## ORDER

Pending before the Court is Defendant MIGEL ANJEL PALACIO's motion to waive his Preliminary Examination and Detention Hearings set for 1:15 p.m., on November 15, 2018. (Dkt. No. 11). Having considered Defendant's waiver, the undersigned finds that the waiver is voluntary. The undersigned further finds that there is probable cause to believe that a crime has been committed, and Defendant is the individual who committed that crime. As such, Defendant's motion is **GRANTED**, and his Preliminary Examination and Detention Hearings are now terminated.

SIGNED this 15th day of November 2018, at McAllen, Texas.

J. SCOTT HACKER
United States Magistrate Judge